**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**REGENA WHITE,**

    **Plaintiff,**

v.                                                                    Case No. 8:13-cv-478-T-30MAP

**BELTRAM EDGE TOOL SUPPLY, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Proposed Bill of Costs (Dkt. 43), Memorandum in Support of the Bill of Costs (Dkt. 44), and Declaration of Gregory A. Hearing (Dkt. 45). Plaintiff did not file any opposition to Defendant's Proposed Bill of Costs during the applicable deadline. The Court, having reviewed the filings and being otherwise advised in the premises, grants in part Defendant's Proposed Bill of Costs.

Defendant seeks costs in the amount of $3,346.55. All of the costs are recoverable under 28 U.S.C. § 1920. However, the $250.00 witness fee for Dr. John Okun's deposition exceeds the approved statutory amount of $40.00. *See* 28 U.S.C. § 1821. Accordingly, the total costs will be reduced by $210.00.

It is therefore ORDERED AND ADJUDGED that:

1.    Defendant's Proposed Bill of Costs (Dkt. 43) is granted in part.

2. The Clerk of Court is directed to enter a **Bill of Costs** in the amount of **$3,136.55** in Defendant's favor and against Plaintiff for taxable costs.

3. This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida on May 13, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2013\13-cv-478.billofcosts.wpd